**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:98–cr-251-RAL-1

GARLAND WAYNE CARR, JR.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Reopen in Light of Lafler v. Cooper[, ___ U.S. ___, 132 S.Ct. 1376, 182 L.Ed.2d 398 (2012)] and Missouri v. Frye[, ___ U.S. ___, 132 S.Ct. 1399, 182 L.Ed.2d 379 (2012)] New Supreme Court Applied Retroactively (Dkt. 175) is denied because the Eleventh Circuit Court of Appeals has recently held that these Supreme Court decisions did not announce a new rule of constitutional law.  See In re Perez, 682 F.3d 930 (11th Cir. 2012).

**DONE AND ORDERED** at Tampa, Florida, on August 3, 2012.

       s/*Richard A. Lazzara*
       **RICHARD A. LAZZARA**
       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant, *pro se*